UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JASON BAKER, JOHN BREWSTER, JOANN BREWSTER,
MAXINE CONDON, KAREN FARRELL, BROOKS
LIDDIARD, JANET LIDDIARD, JAMES MCDERMOTT,
HEIDI MCDERMOTT, PAUL MOREY, DONETTA
MOREY, JOE TODD, BONNIE TODD, TOM WHIPPLE
and PAULINE WHIPPLE,

                                      Plaintiffs,

              -against-

ANSCHUTZ EXPLORATION CORPORATION, CONRAD
GEOSCIENCE CORPORATION, PATHFINDER ENERGY
SERVICES, INC. and JOHN and JANE DOES 1 through 100,

                                    Defendants.

**NOTICE OF MOTION**

6:11-CV-06119 (CJS)

---

      **PLEASE TAKE NOTICE** that, upon the annexed affidavit of John Conrad, sworn to the 22nd day of March, 2011, and the accompanying memorandum of law, defendant Conrad Geoscience Corp. will move this Court before the Honorable Charles J. Siragusa, at the United States District Court for the Western District of New York, Kenneth B. Keating Federal Building, 100 State Street, Rochester, New York, at a date and time to be determined by this Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Complaint with prejudice against defendant Conrad Geoscience Corp. on the ground that plaintiffs have failed to state a cause of action against defendant Conrad Geoscience Corp. upon which relief can be granted, and for such other and further relief as to the Court may be just and proper.

Dated: Albany, New York
       March 24, 2011

                         HINMAN STRAUB P.C.

                         By _____
                              James T. Potter

                         Attorneys for Defendant Conrad Geoscience
                         121 State Street
                         Albany, NY 12207
                         518-436-0751
                         Fax: 518-436-4751
                         Email: jpotter@hinmanstraub.com

TO:     Marc J. Bern, Esq.
        Napoli Bern Ripka & Associates, LLP
        Attorneys for Plaintiffs
        3500 Sunrise Highway, Ste. T-207
        Great River, NY 11739

        Christopher D. Thomas, Esq.
        Nixon Peabody LLP
        Attorneys for Defendant Anschutz
        Clinton Square
        P. O. Box 31051
        Rochester, NY 14603

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JASON BAKER, JOHN BREWSTER, JOANN BREWSTER,
MAXINE CONDON, KAREN FARRELL, BROOKS
LIDDIARD, JANET LIDDIARD, JAMES MCDERMOTT,
HEIDI MCDERMOTT, PAUL MOREY, DONETTA
MOREY, JOE TODD, BONNIE TODD, TOM WHIPPLE
and PAULINE WHIPPLE,

**AFFIDAVIT**

Civil Action No.
6:11-cv-06119 CJS

Plaintiffs,

-against-

ANSCHUTZ EXPLORATION CORPORATION, CONRAD
GEOSCIENCE CORPORATION, PATHFINDER ENERGY
SERVICES, INC. and JOHN and JANE DOES 1 through 100,

Defendants.

---

STATE OF PENNSYLVANIA        }
                             } ss.:
COUNTY OF ALLEGHENY          }

**JOHN CONRAD**, being duly sworn, deposes and says:

1.      I am the President of Conrad Geoscience Corporation, one of the Defendants in

this action.  I submit this affidavit in support of Conrad's motion to dismiss the complaint

based upon my personal knowledge.

2.      Conrad Geoscience Corporation is an environmental consulting firm located in

Poughkeepsie, New York.

3.      In early June of 2010, Conrad Geoscience Corp. was retained by Anschutz

Exploration Corporation ("Anschutz") for the purpose of investigating the complaint of Mr.

and Mrs. Frances Dennison, residents of Big Flats, New York, regarding a sulfur odor and

turbidity conditions in their well water and the possibility that the reported water quality

conditions were the result of Anschutz's drilling of a nearby natural gas well, known as the

Dow 1 Well.

4.      On June 8, 2010, I conducted an inspection of the Dennison residence to

determine whether the reported odor and turbidity could have been caused by the Dow 1 Well.

This inspection consisted of a physical inspection of the Dennison property and the collection

of two water samples from the Dennison's water well.  Prior to conducting the inspection, I

reviewed drilling logs from the Dow 1 and Dow 2 Wells and maps showing the locations of the

wells.

5.      Upon information and belief, the Dennisons have used a hydrogen sulfide

treatment system for years to control sulfur odors from their well water.  I observed this system

during my inspection on June 8, 2010.

6.      Upon information and belief, the New York State Electric and Gas Corporation

installed an electric transmission tower approximately 300 feet from the Dennison water well

within the month prior to my inspection.  At the time of my inspection I observed construction

equipment still remaining at the site of the electric transmission tower.

7.      On June 24, 2010, I submitted a written report on behalf of Conrad Geoscience

Corp. of my findings and conclusions from the investigation of the Dennison residence to

Anschutz.  A copy of my report is annexed hereto as Exhibit "A."  Testing of the water samples

drawn from the Dennison well indicated that the samples did not exceed applicable standards or

guidance values for the parameters analyzed.  In my report, I concluded that the sulfur odor

appeared to predate drilling at the Dow 1 Well and concluded that there was no evidence

linking the presence of hydrogen sulfide in the Dennison well to drilling activity at the Dow 1 site.

I also concluded that the turbidity condition in the Dennison well could potentially be a temporary condition that may have been caused by the recent construction of the electric transmission tower within 300 feet of the Dennison's well.  Furthermore, I concluded that the particles causing the turbidity in the Dennison well could not have originated at the Dow 1 site because (1) the Dow 1 Well is hydraulically down-gradient of the Dennison well, and (2) the Dow 1 Well was cased and cemented through the shallow drinking water aquifer.

8.      At the time I inspected the Dennison well, I was not requested by Anschutz to conduct any investigation of possible contamination at other properties, nor was I asked to investigate any possible contamination of the Plaintiffs' properties.  My investigation was confined exclusively to the Dennison property.

_____
JOHN A. CONRAD

Sworn to before me this 22 nd
Day of March 2011.

_____
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Jill E. Kennane, Notary Public
Reserve Twp., Allegheny County
My Commission Expires Oct. 15, 2011
Member, Pennsylvania Association of Notaries
4815-0656-3337, v. 2

Exhibit "A"



CONRAD GEOSCIENCE CORP.                                    www.conradgeo.com

*Environmental Scientists*        One Civic Center Plaza, Suite 501, Poughkeepsie, New York 12601 • 845/454-2544 • fax: 845/454-2655

June 24, 2010

Jerry Gentry
Operations Manager
Anschutz Exploration Corporation
555 17th St., Suite 2400
Denver, Colorado 80202

Re:      Dennison Residence, Big Flats, Chemung Co., NY
         Conrad Geoscience File #AC100120

Dear Mr. Gentry:

I understand that on June 1, 2010, Anschutz Exploration Corporation (AEC) became aware of a landowner concern about water quality near one of its drilling sites. AEC retained Conrad Geoscience Corp. to help determine whether activity at the Dow #1 site could be related to reported changes in water quality at the Dennison residence.

On June 8, from approximately 7:30 to 8:45 p.m., I inspected the Dennison residence at 178 Yawger Road, Big Flats, Chemung County, New York. David Perazone, of Mason Dixon Energy, accompanied me. Access to the house was provided by Frank Dennison and his wife. Photos from the inspection are attached.

Prior to the inspection I reviewed daily drilling logs from the Dow #1 and #2 wells, and maps showing their locations. In a phone conversation on June 7, Mr. Brian Coven explained that the Dennisons suspected that odors and turbidity in their well water might be somehow related to drilling activity at the Dow #1 site.

My inspection on June 8 started with the exterior grounds of the Dennison residence. The water supply for the residence is a well in the front yard, between the house and Yawger Road. The well itself was not visible and is accessed by ladder through an opening into an underground concrete chamber whose floor is 8 feet below grade. Mr. Dennison indicated that the well sticks up about 12 inches above the vault floor and is situated approximately 14 feet west of the vault opening. He indicates that the well is approximately 185 feet deep and has a submersible pump. The Dennisons replaced the pump 3 years ago after the previous one burned out.

The septic tank is located in the backyard approximately 12 feet from the southeastern, rear corner of the house. The septic leachfield is located approximately 30 feet downslope from the septic tank.

Anschutz Exploration Corporation
#AC100120
June 24, 2010
Page 2

The Dennisons use propane as a fuel source. A 500-gallon aboveground propane tank is located in the yard south of the house. An unnamed stream flows roughly west to east along the northern property boundary.

There is a newly erected electric transmission tower approximately 300 feet from the Dennison water well (tall grey tower in attached photos). This tower was recently installed by New York State Electric & Gas Corp. According to Mr. Dennison, erection of this tower involved drilling equipment and emplacement of a large concrete base, and this construction activity occurred within the last month. Construction equipment is still present next to the tower.

Mr. Dennison indicated that they had lived in the house since 1977. He stated that the well water has always had a sulfur odor, but the odor had worsened during the last month or so. Mr. Dennison indicated that they have used a hydrogen sulfide treatment system for many years to control sulfur odors in their well water. During my inspection Mr. Dennison ran water into the washing machine in the basement and there was an obvious sulfur odor.

He also described sediment residue in the bathtub after draining it, which dried to a fine gray powder. He showed me wipe samples he had collected using paper towels. The tub was clean at the time of my inspection. I did not observe any settled accumulation of sediment in the toilet tank in the bathroom.

· Mr. Dennison also described sediment accumulation in the prefilter of the hydrogen sulfide treatment system in the basement, and he indicated that increased turbidity had caused the prefilter to clog. The clear plastic filter in place during my inspection had a light gray discoloration visible on the filter media. He showed me a used prefilter that had dark gray or black particles in it, and a sample of tapwater he had collected (marked June 8) which contained a small amount of dark gray or black silt-sized sediment.

Mr. Dennison stated at various times during my inspection that he had first noticed a turbidity condition about 4 weeks prior, or possibly 6 weeks or 7 weeks prior. He indicated that the turbidity had recently decreased, but he still notices a gray discoloration to the water. He also mentioned that the water became bubbly for a period of a day or two at or near the time that turbidity increased.

**Dow #1 Well**

The Dow #1 well is approximately 1,400 feet southwest of the Dennison supply well (maps attached). Conductor casing for Dow #1 was installed using air rotary methods to a depth of 56 feet and cemented in place as of March 3, 2010. The Dow #1 hole was deepened to 674 feet between April 26 and 28 via air rotary, and a second string of casing was cemented in place by May 4. By May 11 air rotary drilling on Dow #1 had advanced to a depth of 5,740 feet, at least 5,555 feet deeper than the Dennison well.

**Water Sampling**

During my inspection I collected two well water samples from the Dennison water well. Sample W-1 is raw, untreated well water collected from a bypass tap positioned before the hydrogen sulfide treatment system. Sample W-2 is well water collected from the kitchen tap. Water from the kitchen tap and all other taps in the house is treated by the hydrogen sulfide removal system.

CONRAD GEOSCIENCE CORP. 

Anschutz Exploration Corporation
#AC100120
June 24, 2010
Page 3

On June 9 Conrad Geoscience shipped the two water samples to Paradigm Environmental Services, a NYSDOH-certified laboratory in Rochester, NY. Duplicate samples were hand-delivered to Smith Laboratories, a NYSDOH-certified laboratory in Hyde Park, NY. Smith Laboratories analyzed both samples for coliform bacteria. Paradigm Environmental analyzed the samples for volatile organic compounds (VOCs) and a variety of inorganic parameters.

Neither VOCs nor bacteria were detected in Samples W-1 or W-2; and neither water sample exceeded applicable standards or guidance values for the other parameters analyzed. All parameters analyzed were either nondetectable or below applicable standards or guidance values for public water systems. It is important to note that private residential wells are not subject to regulation in New York, but public water standards are often informally adopted for individual residential systems. Results are summarized in Table 1, below.

Table 1.    **Inorganic Parameters in Well Water Samples W-1 and W-2**; collected **June 8, 2010**; Dennison Residence, Yawger Road, Big Flats, New York; Conrad Geoscience File #AC100120

| Constituent | DOH Drinking Water Standard[1] | Sample Identification | |
|---|---|---|---|
| | | W-1 Untreated Basement | W-2 Kitchen Tap |
| *Volatile Organic Compounds* | | | |
| Chloride | 250 | 75.2 | 79.6 |
| Nitrate | $10^{2,3}$ | 0.349 | ND<0.010 |
| Sulfate | 250 | 34.3 | 45.6 |
| Alkalinity, Total | N/A | 285 | 280 |
| Nitrite | $1^{2,3}$ | ND<0.01 | ND<0.01 |
| pH | N/A | 8.7 H | 8.8 H |
| Sulfide | N/A | ND<0.10 | ND<0.10 |
| Turbidity | NA[4] | 2.6 | 2.7 |
| Manganese | $0.3^5$ | ND<0.0100 | ND<0.0100 |
| Lead | 0.015 | ND<0.001 | ND<0.001 |
| Hardness | N/A | 4.97 B | 4.32 B |
| Iron | $0.3^5$ | 0.426 | ND<0.100 |
| Sodium | $270^6$ | 195 | 211 |

Notes:
All concentrations are in mg/L unless otherwise indicated;
ND = Not detected, detection limit listed;
N/A = No applicable standard;
Boldface type designates those compounds detected at concentrations exceeding NYSDOH standard;
H = Analyzed outside of holding time;
B = Method blank contained trace levels of analyte.
1 – Standards are for Public Water Systems according to DOH Part 5, Subpart 5-1 and are recommended for individual residential systems.
2 – Limit specifies mass of nitrogen within compounds.
3 – Sum of Nitrate and Nitrite not to exceed 10 mg/L.
4 – Value is given in NTUs.
5 – If iron and manganese are present, the total concentration of both should not exceed 500 ug/L
6 – No standard limit; recommended guidance value



CONRAD GEOSCIENCE CORP.

Anschutz Exploration Corporation
#AC100120
June 24, 2010
Page 4

## Conclusions

The sulfur odor in the Dennison well appears to predate drilling activity at the Dow #1 site by many years. While Mr. Dennison indicates that the sulfur odor seemed stronger during the month prior to my inspection, he also concedes that this well has always had elevated hydrogen sulfide concentrations that required treatment with a whole-house filtration system. Changes in hydrogen sulfide concentration can change seasonally or in response to many factors. Consequently, there is no way to link the presence of hydrogen sulfide in the Dennison well to drilling activity at the Dow #1 site.

Air rotary drilling can sometimes pressurize and aerate the shallow freshwater aquifer, which can cause turbidity to temporarily increase in nearby wells. The Dennison well is approximately 1,400 feet from the Dow #1 well. This horizontal separation is 1,250 feet farther than the 150 foot lateral separation recommended by NYSDEC for gas drilling near residential wells, and 400 feet farther than the 1,000 foot separation recommended by DEC for public water supply wells. Given the significant distance between the Dow #1 well and the Dennison well, an impact from air rotary drilling is highly unlikely. If air pressure was lost to the formation during drilling of Dow #1, the period of potential impact to the Dennison well would have been between April 25 and May 4 when Dow #1 was being deepened, cased and cemented across the equivalent zone in which the Dennison well is completed. It is unlikely, that pressure lost to the formation during this process could have dislodged sediment at the Dennison well, leading to increased turbidity. Based on information given by Mr. Dennison, the timing of an increase in turbidity is uncertain. Mr. Dennison originally reported noticing turbidity in his well water on or around May 11, after the above referenced April 25 – May 4 period had passed. However, Mr. Dennison later indicated that turbidity may have increased as early as April 20 or 27, which partially overlaps with the above referenced April 25 – May 4.

Given that the turbidity condition described by Mr. Dennison has lessened in recent weeks, it seems reasonable to conclude that the condition was temporary.

Because the Dow #1 well is hydraulically down-gradient of the Dennison well, drilling fluids or other substances at the Dow #1 site would not be expected to move up-gradient toward the Dennison well. In any case, because the Dow #1 well was cased and cemented through the shallow drinking water aquifer, drilling fluids or other substances in use at the Dow #1 site could not have entered the drinking water aquifer. Therefore, particles causing turbidity in the Dennison well could not have originated at the Dow #1 site.

Water samples W-1 and W-2, which represent treated and untreated water quality from the Dennison well, respectively, do not exceed applicable standards or guidance values for the parameters analyzed. All parameters analyzed were either nondetectable, below applicable standards or guidance values, or within expected ranges.

Mr. Dennison advises us that drilling and construction activity occurred when NYSEG installed a utility transmission tower immediately adjacent to his backyard, and that this activity coincided with the onset of the turbidity and odor conditions he describes. While it is not possible to determine whether this construction activity affected water conditions at the Dennison residence, such an impact can not be ruled out based on the information available at this time. I recommend that the Dennisons contact NYSEG to obtain more information about the work completed at this adjacent property.  CONRAD GEOSCIENCE CORP.

Anschutz Exploration Corporation
#AC100120
June 24, 2010
Page 5

      I recommend that we conference with Mr. Dennison to inform him of my water test results.

Sincerely,

CONRAD GEOSCIENCE CORP.

*John A. Conrad/JA*

John A. Conrad
Senior Hydrogeologist

cc:    Margot Timbel - AEC
       David Perazone – Mason Dixon
       Brian Coven – AEC
       Joe Yarosz - NYSDEC

CONRAD GEOSCIENCE CORP.

**PHOTOS**



6-8-10  Dennison Residence.  White well vault cover in foreground.  View looking SE.



6-8-10  Dow #1 drilling rig visible in background from front yard of Dennison residence.
View looking SW.



6-8-10  New utility tower on NYSEG property adjacent to Dennison property.  The newly installed tower is the large grey metal tower.  View looking east from Dennison backyard.



6-8-10  Down #1 Drilling rig in background, viewed from road in front of Dennison residence.  View looking SW.



6/8/10  View into well vault entrance in front yard of Dennison residence.
Floor is 8 feet below ground surface.  View looking down.



6-8-10  NYSEG transmission tower on adjacent property, viewed from Dennison residence backyard.
View looking east.



6-8-10 Backyard of Dennison residence. Approximate location of septic leachfield in foreground. Septic tank near SE corner of screened porch in background. View looking north.



6-8-10 Dennison residence. Well vault in mid-ground. Near end of tape measure in foreground shows location of drinking water well, approximately 14 feet from vault. View looking SE.



6-8-10  Hydrogen sulfide treatment system in basement of Dennison residence.



6-8-10  Prefilter on hydrogen sulfide treatment system in basement of Dennison residence.  By-pass valve
below filter cartridge is sample point for untreated Sample W-1.

**DRAWINGS**







**ANALYTICAL RESULTS**



# SMITH LABORATORY

ENVIRONMENTAL TESTING
4 SCENIC DRIVE & RT. 9
HYDE PARK, NEW YORK 12538
(845) 229-6536

## CERTIFICATE OF ANALYSIS

**Client:**   Conrad Geoscience Corp.

One Civic Center Plaza, Suite 501
Poughkeepsie          NY    12601          PO #

---

**Client Project Name:**   Dennison
**Sample Type:**   Water
**Order ID:**   84809
**Order comment:**

---

**Sample Collected By:**   John Conrad
**Sample Location:**   W-2
**Sample Comment:**   rec'd at 8 deg C
**Sample Number:**   148867
**Date/Time sample collected:**   6/8/2010   8:45
**Date/Time sample received:**   6/9/2010   9:05          Received by:   Melissa
**Date/Time sample analyzed:**   6/9/2010   14:45          Tech:   VZ

---

| Parameter | Test Result* | Units | Test Method |
|---|---|---|---|
| Total Coliform | Absent | CFU/100mL | Colisure |
| E. coli | Absent | CFU/100mL | Colisure |

Test results  (do meet)  do not meet  EPA drinking water standards.

*Bacteriological test results are expressed as Colony Forming Units.
**Results Comment:**

Reviewed by: Lab Manager, ELAP Lab ID #10924          11-Jun-10

*Smith Laboratory is approved as an Environmental Testing Laboratory in conformance with the National Environmental Laboratory Accreditation Conference (NELAC) Standards. This test report pertains only to the above items analyzed on this sample as received by the laboratory. Information supplied by the client is assumed to be correct.*

The total number of pages in this report is 1 (one).



# SMITH LABORATORY

ENVIRONMENTAL TESTING
4 SCENIC DRIVE & RT. 9
HYDE PARK, NEW YORK 12538
(845) 229-6536

## CERTIFICATE OF ANALYSIS

**Client:**   Conrad Geoscience Corp.

One Civic Center Plaza, Suite 501
Poughkeepsie                NY    12601                          PO #

---

**Client Project Name:**        Dennison
**Sample Type:**                Water
**Order ID:**                   84809
**Order comment:**

---

**Sample Collected By:**         John Conrad
**Sample Location:**             W-1
**Sample Comment:**              rec'd at 10 deg C
**Sample Number:**               148666
**Date/Time sample collected:**  6/8/2010        20:40
**Date/Time sample received:**   6/9/2010        9:05          **Received by:**   Melissa
**Date/Time sample analyzed:**   6/9/2010        14:45               **Tech:**   VZ

---

| Parameter | Test Result* | Units | Test Method |
|---|---|---|---|
| Total Coliform | Absent | CFU/100mL | Colisure |
| E. coli | Absent | CFU/100mL | Colisure |

Test results **do meet** / ~~do not meet~~ EPA drinking water standards.

*Bacteriological test results are expressed as Colony Forming Units.
**Results Comment:**

_____

Reviewed by: Lab Manager, ELAP Lab ID #10924                          11-Jun-10

*Smith Laboratory is approved as an Environmental Testing Laboratory in conformance with the National Environmental Laboratory Accreditation Conference (NELAC) Standards. This test report pertains only to the above items analyzed on this sample as received by the laboratory. Information supplied by the client is assumed to be correct.*

The total number of pages in this report is 1 (one).



# Analytical Report Cover Page

### _Conrad Geoscience_
For Lab Project # 10-2339
Issued June 21, 2010
This report contains a total of 11 pages

The reported results relate only to the samples as they have been received by the laboratory.

Any noncompliant QC parameters having impact on the data are flagged or documented on the final report.

All soil/sludge samples have been reported on a dry weight basis, unless qualified "reported as received". Other solids are reported as received.

Each page of this document is part of a multipage report. This document may not be reproduced except in its entirety, without the prior consent of Paradigm Environmental Services, Inc.

The Chain of Custody provides additional information, including compliance with sample condition requirements upon receipt. Sample condition requirements are defined under the 2003 NELAC Standard, sections 5.5.8.3.1 and 5.5.8.3.2.

NYSDOH ELAP does not certify for all parameters. Paradigm Environmental Services or the indicated subcontracted laboratory does hold certification for all analytes where certification is offered by ELAP unless otherwise specified.

Data qualifiers are used, when necessary, to provide additional information about the data. This information may be communicated as a flag or as text at the bottom of the report. Please refer to the following list of frequently used data flags and their meaning:

"ND" = analyzed for but not detected.
"E" = Result has been estimated, calibration limit exceeded.
"Z" = See case narrative.
"D" = Duplicate results outside QC limits. May indicate a non-homogenous matrix.
"M" = Matrix spike recoveries outside QC limits. Matrix bias indicated.
"B" = Method blank contained trace levels of analyte. Refer to included method blank report.

179 Lake Avenue · Rochester, NY 14608 · (585) 647-2530 · Fax (585) 647-3311 · ELAP ID# 10958

 **PARADIGM** ENVIRONMENTAL SERVICES, INC.   179 Lake Avenue Rochester New York 14608 (585) 647-2530 FAX (585) 647-3311

## *LABORATORY REPORT OF ANALYSIS*

| | | | |
|---|---|---|---|
| **Client:** | **Conrad Geoscience** | **Lab Project No.** 10-2339 | |
| | | **Lab Sample No.** 7897 | |
| **Client Job Site:** | Dennison | | |
| | | **Sample Type:** Drinking Water | |
| **Client Job No.:** | AC100120 | | |
| | | **Date Sampled:** 6/8/2010 | |
| **Field Location:** | W-1 | **Date Received:** 6/10/2010 | |

| Parameter | Date Analyzed | Analytical Method | Results (Units) | |
|---|---|---|---|---|
| Chloride | 6/11/2010 | EPA 300 | 75.2 | mg/L |
| Nitrate | 6/10/2010 | EPA 300 | 0.349 | mg/L |
| Sulfate | 6/10/2010 | EPA 300 | 34.3 | mg/L |
| Alkalinity, Total | 6/17/2010 | SM2320 B | 285 | mg/L |
| Nitrite | 6/10/2010 | SM4500NO2 B | ND<0.01 | mg/L |
| pH | 6/10/2010 | SM4500 H B | 8.7 | H |
| Sulfide | 6/14/2010 | SM4500 S2 D | ND<0.10 | mg/L |
| Turbidity | 6/10/2010 | E180.1 | 2.6 | NTU |
| Manganese | 6/17/2010 | E200.7 | ND<0.0100 | mg/L |
| Lead | 6/18/2010 | E200.9 | ND<0.001 | mg/L |

ELAP ID.No.: 10709

**Comments:**  ND denotes Non Detect.
H denotes analyzed outside of Holding Time

**Approved By:** _____
Bruce Hoogesteger, Technical Director

This report is part of a multipage document and should only be evaluated in its entirety. The Chain of Custody provides additional sample information, including compliance with sample condition requirements upon receipt.

File ID:  Conrad 10-2339



**PARADIGM** 179 Lake Avenue Rochester New York 14608 (585) 647-2530 FAX (585) 647-3311
ENVIRONMENTAL SERVICES, INC.

## *LABORATORY REPORT OF ANALYSIS*

**Client:** <u>Conrad Geoscience</u>

Lab Project No 10-2339
Lab Sample No 7898

**Client Job Site:** Dennison

**Sample Type:** Drinking Water

**Client Job No.:** AC100120

Date Sampled: 6/8/2010
Date Received 6/10/2010

**Field Location:** W-2

| Parameter | Date Analyzed | Analytical Method | Results (Units) | |
|---|---|---|---|---|
| Chloride | 6/11/2010 | EPA 300 | 79.6 | mg/L |
| Nitrate | 6/10/2010 | EPA 300 | ND<0.010 | mg/L |
| Sulfate | 6/10/2010 | EPA 300 | 45.6 | mg/L |
| Alkalinity, Total | 6/17/2010 | SM2320 B | 280 | mg/L |
| Nitrite | 6/10/2010 | SM4500NO2 B | ND<0.01 | mg/L |
| pH | 6/10/2010 | SM4500 H B | 8.8 | H |
| Sulfide | 6/14/2010 | SM4500 S2 D | ND<0.10 | mg/L |
| Turbidity | 6/10/2010 | E180.1 | 2.7 | NTU |
| Manganese | 6/17/2010 | E200.7 | ND<0.0100 | mg/L |
| Lead | 6/18/2010 | E200.9 | ND<0.001 | mg/L |

ELAP ID.No.: 10709

**Comments:** ND denotes Non Detect.
H denotes analyzed outside of Holding Time

**Approved By:** _____

Bruce Hoogesteger, Technical Director

This report is part of a multipage document and should only be evaluated in its entirety. The Chain of Custody provides additional sample information, including compliance with sample condition requirements upon receipt.

File ID:  Conrad 10-2339



**PARADIGM**
ENVIRONMENTAL SERVICES, INC.

179 Lake Avenue, Rochester, NY 14608 (585) 647-2530 FAX (585) 647-3311

| Client: | **Conrad Groscience Corp** | Lab Project No.: | 10-2339 |
|---|---|---|---|
| Client Job Site: | Dennison | | |
| | | Sample Type: | Drinking Water |
| Client Job No.: | AC100120 | Method: | EPA 200.7 |
| | | Date Sampled: | 06/08/2010 |
| | | Date Received: | 06/10/2010 |
| | | Date Analyzed: | 06/14/2010 |

### Laboratory Report for Total Hardness

| Lab Sample No.: | Field ID | Field Location | Total Hardness (mg/L) |
|---|---|---|---|
| 7897 | N/A | W-1 | 4.97 B |
| 7898 | N/A | W-2 | 4.32 B |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

ELAP ID No.:10958

Comments:

Approved By: _____

Bruce Hoogesteger, Technical Director

This report is part of a multipage document and should only be evaluated in its entirety. Chain of Custody provides additional information, including compliance with sample condition requirements upon receipt.

File ID: 102339.xls



**PARADIGM**
ENVIRONMENTAL SERVICES, INC.

179 Lake Avenue, Rochester, NY 14608 (585) 647-2530 FAX (585) 647-3311

| | | | |
|---|---|---|---|
| **Client:** | Conrad Groscience Corp | **Lab Project No.:** | 10-2339 |
| **Client Job Site:** | Dennison | | |
| | | **Sample Type:** | Drinking Water |
| **Client Job No.:** | AC100120 | **Method:** | EPA 200.7 |
| | | **Date Sampled:** | N/A |
| | | **Date Received:** | N/A |
| | | **Date Analyzed:** | 06/14/2010 |

### Laboratory Report for Total Hardness

| Lab Sample No.: | Field ID | Field Location | Total Hardness (mg/L) |
|---|---|---|---|
| Method Blank | N/A | N/A | 1.55 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

ELAP ID No.:10958

Comments:

Approved By: _____

Bruce Hoogesteger, Technical Director

This report is part of a multipage document and should only be evaluated in its entirety. Chain of Custody provides additional information, including compliance with sample condition requirements upon receipt.

File ID: 102339.xls



**PARADIGM**
ENVIRONMENTAL SERVICES, INC.    179 Lake Avenue, Rochester, NY 14608 (585) 647-2530 FAX (585) 647-3311

| | | | |
|---|---|---|---|
| **Client:** | **Conrad Groscience Corp** | Lab Project No.: | 10-2339 |
| **Client Job Site:** | Dennison | Sample Type: | Drinking Water |
| | | Method : | EPA 200.7 |
| **Client Job No.:** | AC100120 | | |
| | | Date(s) Sampled: | 06/08/2010 |
| | | Date Received: | 06/10/2010 |
| | | Date Analyzed : | 06/14-15/2010 |

### Laboratory Report for Metals Analysis in Water

| Lab Sample No. | Field ID No. | Field Location | Iron Results (mg/L) | Sodium Results (mg/L) |
|---|---|---|---|---|
| 7897 | N/A | W-1 | 0.426 | 195 |
| 7898 | N/A | W-2 | <0.100 | 211 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

ELAP ID No.: 10958

Comments:

Approved By: _____
Bruce Hodgesteger, Technical Director

This report is part of a multipage document and should only be evaluated in its entirety. Chain of Custody provides additional information, including compliance with sample condition requirements upon receipt.

File ID:102339.xls



**PARADIGM**

ENVIRONMENTAL SERVICES, INC.   179 Lake Avenue   Rochester, New York 14608   (585) 647 - 2530   FAX  (585) 647 - 3311

### Volatile Analysis Report for Non-potable Water

**Client: Conrad Geoscience Corp.**

| | | | |
|---|---|---|---|
| Client Job Site: | Dennison | Lab Project Number: | 10-2339 |
| | | Lab Sample Number: | 7897 |
| Client Job Number: | AC100120 | | |
| Field Location: | W-1 | Date Sampled: | 06/08/2010 |
| Field ID Number: | N/A | Date Received: | 06/10/2010 |
| Sample Type: | Water | Date Analyzed: | 06/14/2010 |

| Halocarbons | Results in ug / L |
|---|---|
| Bromodichloromethane | ND< 2.00 |
| Bromomethane | ND< 2.00 |
| Bromoform | ND< 5.00 |
| Carbon Tetrachloride | ND< 2.00 |
| Chloroethane | ND< 2.00 |
| Chloromethane | ND< 2.00 |
| 2-Chloroethyl vinyl Ether | ND< 10.0 |
| Chloroform | ND< 2.00 |
| Dibromochloromethane | ND< 2.00 |
| 1,1-Dichloroethane | ND< 2.00 |
| 1,2-Dichloroethane | ND< 2.00 |
| 1,1-Dichloroethene | ND< 2.00 |
| cis-1,2-Dichloroethene | ND< 2.00 |
| trans-1,2-Dichloroethene | ND< 2.00 |
| 1,2-Dichloropropane | ND< 2.00 |
| cis-1,3-Dichloropropene | ND< 2.00 |
| trans-1,3-Dichloropropene | ND< 2.00 |
| Methylene chloride | ND< 5.00 |
| 1,1,2,2-Tetrachloroethane | ND< 2.00 |
| Tetrachloroethene | ND< 2.00 |
| 1,1,1-Trichloroethane | ND< 2.00 |
| 1,1,2-Trichloroethane | ND< 2.00 |
| Trichloroethene | ND< 2.00 |
| Trichlorofluoromethane | ND< 2.00 |
| Vinyl chloride | ND< 2.00 |

| Aromatics | Results in ug / L |
|---|---|
| Benzene | ND< 0.700 |
| Chlorobenzene | ND< 2.00 |
| Ethylbenzene | ND< 2.00 |
| Toluene | ND< 2.00 |
| m,p-Xylene | ND< 2.00 |
| o-Xylene | ND< 2.00 |
| Styrene | ND< 5.00 |
| 1,2-Dichlorobenzene | ND< 2.00 |
| 1,3-Dichlorobenzene | ND< 2.00 |
| 1,4-Dichlorobenzene | ND< 2.00 |

| Ketones | Results in ug / L |
|---|---|
| Acetone | ND< 10.0 |
| 2-Butanone | ND< 10.0 |
| 2-Hexanone | ND< 5.00 |
| 4-Methyl-2-pentanone | ND< 5.00 |

| Miscellaneous | Results in ug / L |
|---|---|
| Carbon disulfide | ND< 5.00 |
| Vinyl acetate | ND< 5.00 |

ELAP Number 10958                    Method: EPA 8260B                    Data File: V75892.D

Comments: ND denotes Non Detect
ug / L = microgram per Liter

Signature:

Bruce Hoogesteger  Technical Director

This report is part of a multipage document and should only be evaluated in its entirety. Chain of Custody provides additional information, including compliance with sample condition requirements upon receipt.

102339V1.XLS

 **PARADIGM**

ENVIRONMENTAL SERVICES, INC.  179 Lake Avenue  Rochester, New York 14608   (585) 647 - 2530   FAX (585) 647 - 3311

### Volatile Analysis Report for Non-potable Water (Additional STARS Compounds)

**Client:** **Conrad Geoscience Corp.**

| | | | |
|---|---|---|---|
| Client Job Site: | Dennison | Lab Project Number: | 10-2339 |
| | | Lab Sample Number: | 7897 |
| Client Job Number: | AC100120 | | |
| Field Location: | W-1 | Date Sampled: | 06/08/2010 |
| Field ID Number: | N/A | Date Received: | 06/10/2010 |
| Sample Type: | Water | Date Analyzed: | 06/14/2010 |

| Aromatics | Results in ug / L | Aromatics | Results in ug / L |
|---|---|---|---|
| n-Butylbenzene | ND< 5.00 | 1,2,4-Trimethylbenzene | ND< 5.00 |
| sec-Butylbenzene | ND< 5.00 | 1,3,5-Trimethylbenzene | ND< 5.00 |
| tert-Butylbenzene | ND< 5.00 | | |
| n-Propylbenzene | ND< 2.00 | **Miscellaneous** | |
| Isopropylbenzene | ND< 5.00 | Methyl tert-butyl Ether | ND< 2.00 |
| p-Isopropyltoluene | ND< 5.00 | | |
| Naphthalene | ND< 5.00 | | |

| ELAP Number 10958 | Method: EPA 8260B | Data File: V75892.D |
|---|---|---|

Comments: ND denotes Non Detect

ug / L = microgram per Liter

Signature: Bruce Hoogesteger: Technical Director

This report is part of a multipage document and should only be evaluated in its entirety. Chain of Custody provides additional information, including compliance with sample condition requirements upon receipt.

102339V1.XLS

 **PARADIGM**
ENVIRONMENTAL SERVICES, INC.  179 Lake Avenue  Rochester, New York 14608  (585) 647 - 2530   FAX (585) 647 - 3311

## Volatile Analysis Report for Non-potable Water

**Client:** Conrad Geoscience Corp.

| | | | |
|---|---|---|---|
| Client Job Site: | Dennison | Lab Project Number: | 10-2339 |
| | | Lab Sample Number: | 7898 |
| Client Job Number: | AC100120 | | |
| Field Location: | W-2 | Date Sampled: | 06/08/2010 |
| Field ID Number: | N/A | Date Received: | 06/10/2010 |
| Sample Type: | Water | Date Analyzed: | 06/14/2010 |

| Halocarbons | Results in ug / L |
|---|---|
| Bromodichloromethane | ND< 2.00 |
| Bromomethane | ND< 2.00 |
| Bromoform | ND< 5.00 |
| Carbon Tetrachloride | ND< 2.00 |
| Chloroethane | ND< 2.00 |
| Chloromethane | ND< 2.00 |
| 2-Chloroethyl vinyl Ether | ND< 10.0 |
| Chloroform | ND< 2.00 |
| Dibromochloromethane | ND< 2.00 |
| 1,1-Dichloroethane | ND< 2.00 |
| 1,2-Dichloroethane | ND< 2.00 |
| 1,1-Dichloroethene | ND< 2.00 |
| cis-1,2-Dichloroethene | ND< 2.00 |
| trans-1,2-Dichloroethene | ND< 2.00 |
| 1,2-Dichloropropane | ND< 2.00 |
| cis-1,3-Dichloropropene | ND< 2.00 |
| trans-1,3-Dichloropropene | ND< 2.00 |
| Methylene chloride | ND< 5.00 |
| 1,1,2,2-Tetrachloroethane | ND< 2.00 |
| Tetrachloroethene | ND< 2.00 |
| 1,1,1-Trichloroethane | ND< 2.00 |
| 1,1,2-Trichloroethane | ND< 2.00 |
| Trichloroethene | ND< 2.00 |
| Trichlorofluoromethane | ND< 2.00 |
| Vinyl chloride | ND< 2.00 |

| Aromatics | Results in ug / L |
|---|---|
| Benzene | ND< 0.700 |
| Chlorobenzene | ND< 2.00 |
| Ethylbenzene | ND< 2.00 |
| Toluene | ND< 2.00 |
| m,p-Xylene | ND< 2.00 |
| o-Xylene | ND< 2.00 |
| Styrene | ND< 5.00 |
| 1,2-Dichlorobenzene | ND< 2.00 |
| 1,3-Dichlorobenzene | ND< 2.00 |
| 1,4-Dichlorobenzene | ND< 2.00 |

| Ketones | Results in ug / L |
|---|---|
| Acetone | ND< 10.0 |
| 2-Butanone | ND< 10.0 |
| 2-Hexanone | ND< 5.00 |
| 4-Methyl-2-pentanone | ND< 5.00 |

| Miscellaneous | Results in ug / L |
|---|---|
| Carbon disulfide | ND< 5.00 |
| Vinyl acetate | ND< 5.00 |

ELAP Number 10958                Method: EPA 8260B                        Data File: V75893.D

Comments: ND denotes Non Detect
            ug / L = microgram per Liter

Signature:

Bruce Hoogestraat, Technical Director

This report is part of a multipage document and should only be evaluated in its entirety. Chain of Custody provides additional information, including compliance with sample condition requirements upon receipt.

102339V2.XLS

 **PARADIGM**

ENVIRONMENTAL SERVICES, INC.  179 Lake Avenue  Rochester, New York 14608   (585) 647 - 2530   FAX (585) 647 - 3311

### Volatile Analysis Report for Non-potable Water (Additional STARS Compounds)

**Client:** __Conrad Geoscience Corp.__

| | | | |
|---|---|---|---|
| Client Job Site: | Dennison | Lab Project Number: | 10-2339 |
| | | Lab Sample Number: | 7898 |
| Client Job Number: | AC100120 | | |
| Field Location: | W-2 | Date Sampled: | 06/08/2010 |
| Field ID Number: | N/A | Date Received: | 06/10/2010 |
| Sample Type: | Water | Date Analyzed: | 06/14/2010 |

| Aromatics | Results in ug / L | Aromatics | Results in ug / L |
|---|---|---|---|
| n-Butylbenzene | ND< 5.00 | 1,2,4-Trimethylbenzene | ND< 5.00 |
| sec-Butylbenzene | ND< 5.00 | 1,3,5-Trimethylbenzene | ND< 5.00 |
| tert-Butylbenzene | ND< 5.00 | | |
| n-Propylbenzene | ND< 2.00 | **Miscellaneous** | |
| Isopropylbenzene | ND< 5.00 | Methyl tert-butyl Ether | ND< 2.00 |
| p-Isopropyltoluene | ND< 5.00 | | |
| Naphthalene | ND< 5.00 | | |

ELAP Number 10958                    Method: EPA 8260B                    Data File: V75693.D

Comments: ND denotes Non Detect
ug / L = microgram per Liter

Signature: _____
                    Bruce Hoogesteger, Technical Director

This report is part of a multipage document and should only be evaluated in its entirety. Chain of Custody provides additional Information, including compliance with sample condition
requirements upon receipt.

102339V2.XLS

# PARADIGM
## ENVIRONMENTAL
## SERVICES, INC.

**CHAIN OF CUSTODY**

179 Lake Avenue
Rochester, NY 14608
(585) 647-2530 • (800) 724-1997
FAX: (585) 647-3311

**REPORT TO:**

COMPANY: Conrad Geoscience Corp
ADDRESS: 1 Civic Center Plaza Suite 501
CITY: Poughkeepsie   STATE: NY   ZIP: 12601
PHONE: (845) 454-2544   FAX: (845) 454-2655
ATTN: Wilson Salls
COMMENTS: Please return cooler.

**INVOICE TO:**

COMPANY:
ADDRESS:
CITY:   STATE:   ZIP:
PHONE:   FAX:
ATTN: Same

LAB PROJECT #: 10-2339
CLIENT PROJECT #: ~~AC100010~~ AC100120
TURNAROUND TIME: (WORKING DAYS)
[ ] 1  [ ] 2  [ ] 3  STD [X] 5  OTHER [ ]
QUOTE #:

PROJECT NAME/SITE NAME: Dennison

**REQUESTED ANALYSIS**

| | DATE | TIME | COMPOSITE | GRAB | SAMPLE LOCATION/FIELD ID | MATRIX | NUMBER CONTAINERS | TDS pH | Fe, Mn | No Hardness | No₃ | pH Alkalinity | Alkalinity, Cl⁻ | Turbidity SO₄ | H₂S | REMARKS | PARADIGM LAB SAMPLE NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | Ok to do voes here as per J. Daloia as per EAH 6/11 | GW method John Conrad. |
| 1 | 6/8/10 | 2040 | | X | W-1 | DW | 5 | X | X | X | X | X | X | X | X | (last 5 analyses columns | 7 8 9 7 |
| 2 | ↓ | 2045 | | | W-2 | | | | | | | | | | | to Adirondack) | 7 8 9 8 |
| 3 | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | |

**LAB USE ONLY BELOW THIS LINE**

Sample Condition: Per NELAC/ELAP 210/241/242/243/244   Sent directly to Adk. EAH 6/10

| Receipt Parameter | NELAC Compliance |
|---|---|
| Container Type: Comments:_____ | Y [X]   N [ ] |
| Preservation: Comments:_____ | Y [X]   N [ ] |
| Holding Time: Comments:_____ | Y [X]   N [ ] |
| Temperature: Comments: 10°C iced =from temp blank | Y [ ]   N [X] |

Sampled By: JAC   Date/Time: 6/8/10 - 2045
Relinquished By: Wilson S.   Date/Time: 6/9/10 - 1700
Received By: Elizabeth A. Honch   Date/Time: 6/10/10  1115
Received @ Lab By:   Date/Time:

Total Cost:

P.I.F.