UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JASON BAKER, JOHN BREWSTER, JOANN BREWSTER, MAXINE CONDON, KAREN FARRELL, BROOKS LIDDIARD, JANET LIDDIARD, JAMES MCDERMOTT, HEIDI MCDERMOTT, PAUL MOREY, DONETTA MOREY, JOE TODD, BONNIE TODD, TOM WHIPPLE and PAULINE WHIPPLE,

                            Plaintiffs,

-against-

ANSCHUTZ EXPLORATION CORPORATION, CONRAD GEOSCIENCE CORPORATION, PATHFINDER ENERGY SERVICES, INC. and JOHN and JANE DOES 1 through 100,

                            Defendants.

**CONRAD GEOSCIENCE CORP. CONSENT TO REMOVAL**

Civil Action No.
6:11-cv-06119 CJS

---

Conrad Geoscience Corp., by and through its attorneys, Hinman Straub P.C., hereby affirms its consent to the removal of this action on March 9, 2011, on the basis that Conrad Geoscience Corp. was improperly added to the complaint to defeat diversity jurisdiction because there is no possibility, based on the pleadings, that the plaintiffs can state a cause of action against the non-diverse defendant in state court.

Dated: Albany, New York
       March 24, 2011

                                            HINMAN STRAUB P.C.

                                            By _____
                                                     James T. Potter

                                           Attorneys for Defendant Conrad Geoscience
                                           121 State Street
                                           Albany, NY 12207
                                           Phone: 518-436-0751
                                           Fax: 518-436-4751
                                           jpotter@hinmanstraub.com

4831-5505-7417, v. 1