UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JASON BAKER, JOHN BREWSTER, JOANN
BREWSTER, MAXINE CONDON, KAREN FARRELL,
BROOKS LIDDIARD, JANET LIDDIARD, JAMES
MCDERMOTT, HEIDI MCDERMOTT, PAUL MOREY,
DONETTA MOREY, JOE TODD, BONNIE TODD, TOM      Case No. 11-CV-06119-CJS
WHIPPLE and PAULINE WHIPPLE,
                                               District Judge Charles J. Siragusa
                    Plaintiffs,

-against -


ANSCHUTZ EXPLORATION CORPORATION, CONRAD
GEOSCIENCE CORPORATION, PATHFINDER ENERGY
SERVICES, INC. and JOHN and JANE DOES 1 through 100,

                    Defendants.
-----------------------------------------------------------------X

## NOTICE OF JOINT MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs in the above-captioned matter and defendant Conrad Geoscience Corporation ("Conrad"), hereby move the Court to enter the attached Stipulation and Order dismissing all claims against Conrad as set forth in the Plaintiffs' Complaint with prejudice. The parties have resolved all matters in controversy between them and have executed a Stipulation and Order of Dismissal. The parties have agreed to bear their own attorneys' fees and costs.

Respectfully submitted,

Dated: December 18, 2012

NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP

BY: _____

Tate J. Kunkle, Esq.
350 5th Avenue, Suite 7413
New York, New York 10118
*Counsel for Plaintiffs*

Dated: December 18, 2012

HINMAN STRAUB P.C.

BY: _____

James T. Potter, Esq.
121 State Street
Albany, New York 12207
*Counsel for Defendant Conrad Geoscience*