UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON BAKER, JOHN BREWSTER, JOANN BREWSTER, MAXINE CONDON, KAREN FARRELL, BROOKS LIDDIARD, JANET LIDDIARD, JAMES MCDERMOTT, HEIDI MCDERMOTT, PAUL MOREY, DONETTA MOREY, JOE TODD, BONNIE TODD, TOM WHIPPLE and PAULINE WHIPPLE,<br><br>   Plaintiffs,<br>    v.<br><br>ANSCHUTZ EXPLORATION CORPORATION, CONRAD GEOSCIENCE CORPORATION, PATHFINDER ENERGY SERVICES, INC. and JOHN and JANE DOES 1 through 100,<br><br>   Defendants. | Case No. 6:11-cv-06119-CJS-JWF |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned counsel hereby appears on behalf of Defendant Pathfinder Energy Services LLC, improperly pleaded as Pathfinder Energy Services, Inc. in the above-captioned action.

I certify that I am admitted to practice before this Court.

Dated: December 21, 2012　　　　　Respectfully submitted,
   Princeton, NJ 08540

              By: /s/ Christopher C. Loeber
                Christopher C. Loeber
              Marc J. Shanker
              MORGAN, LEWIS & BOCKIUS LLP
              502 Carnegie Center
              Princeton, NJ 08540
              Tel:  (609) 919-6600
              Fax: (609) 919-6701

              Counsel for Pathfinder Energy Services LLC

## *CERTIFICATE OF SERVICE*

I hereby certify that on December 21, 2012, I caused the NOTICE OF APPEARANCE to be filed using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ Christopher C. Loeber