**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

JASON BAKER, JOHN BREWSTER, JOANN BREWSTER, MAXINE CONDON, KAREN FARRELL, BROOKS LIDDIARD, JANET LIDDIARD, JAMES MCDERMOTT, HEIDI MCDERMOTT, PAUL MOREY, DONETTA MOREY, JOE TODD, BONNIE TODD, TOM WHIPPLE and PAULINE WHIPPLE,

Plaintiffs,

v.

ANSCHUTZ EXPLORATION CORPORATION, CONRAD GEOSCIENCE CORPORATION, PATHFINDER ENERGY SERVICES, INC. and JOHN and JANE DOES 1 through 100,

Defendants.

Case No. 6:11-cv-06119-CJS-JWF

**NOTICE OF MOTION OF DEFENDANTS FOR A STAY OF DISCOVERY**

**PLEASE TAKE NOTICE** that upon the accompanying Affidavit of Michael J. Guzman, dated April 22, 2013, Defendants Anschutz Exploration Corporation and Pathfinder Energy Services, Inc. (collectively, “Defendants”) hereby move this Court, before the Honorable Jonathan W. Feldman at the United States Courthouse, 100 State Street, Rochester, New York, for an Order staying further discovery in this case pending the Court’s resolution of Defendants’ Motion to Strike and/or Dismiss Pursuant to Rules 16(f) and 37(b) (ECF No. 102). The basis for this motion is set forth in the attached Affidavit.

Dated: April 22, 2013

By: /s/ Michael J. Guzman

Mark C. Hansen *pro hac vice*
Aaron M. Panner *pro hac vice*
Michael J. Guzman *pro hac vice*
KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W.
Suite 400
Washington, D.C. 20036
Tel. (202) 326-7900
Fax (202) 326-7999

Christopher D. Thomas
NIXON PEABODY LLP
1300 Clinton Square
Rochester, New York 14604
Telephone: (585) 263-1000
Fax: (585) 263-1600

*Counsel for Defendant Anschutz Exploration Corporation*

By: /s/ Marc J. Shanker

Marc J. Shanker
MORGAN LEWIS & BOCKIUS LLP
101 Park Avenue
New York, N.Y. 10178
Tel. (212) 309-6000
Fax (212) 309-6001

*Counsel for Defendant Pathfinder Energy Services, Inc.*