**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JASON BAKER, JOHN BREWSTER, JOANN BREWSTER, MAXINE CONDON, KAREN FARRELL, BROOKS LIDDIARD, JANET LIDDIARD, JAMES MCDERMOTT, HEIDI MCDERMOTT, PAUL MOREY, DONETTA MOREY, JOE TODD, BONNIE TODD, TOM WHIPPLE and PAULINE WHIPPLE,<br><br>    Plaintiffs,<br><br>    v.<br><br>ANSCHUTZ EXPLORATION CORPORATION, CONRAD GEOSCIENCE CORPORATION, PATHFINDER ENERGY SERVICES, INC. and JOHN and JANE DOES 1 through 100,<br><br>    Defendants. | Case No. 6:11-cv-06119-CJS-JWF |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2013, I electronically filed the foregoing **NOTICE OF MOTION OF DEFENDANTS' MOTION FOR A STAY OF DISCOVERY AND AFFIDAVIT OF MICHAEL J. GUZMAN**, using the CM/ECF system, which sent notification of such filing to the following:

    Jose A. Almanzar: jalmanzar@napolibern.com
    Marc J. Bern: mjbern@nbrlawfirm.com
    Tate James Kunkle: tkunkle@napolibern.com
    James T. Potter: jpotter@hinmanstraub.com
    Sammi Malek: smalek@bakerlaw.com
    William Ray Whitman: rwhitman@bakerlaw.com

    /s/ Michael J. Guzman
    Michael J. Guzman *pro hac vice*
    KELLOGG, HUBER, HANSEN,
      TODD, EVANS & FIGEL, P.L.L.C.
    1615 M Street, N.W., Suite 400
    Washington, D.C. 20036
    Tel. (202) 326-7900
    Fax (202) 326-7999