# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

---

JASON BAKER, *et al.*,

                Plaintiffs,

        -vs-

ANSCHUTZ EXPLORATION CORPORATION, *et al.*,

                Defendants.

ORDER ADMITTING KATHERINE E. MAYO, ESQ., *PRO HAC VICE*

11-CV-06119-CJS-JWF

---

**Siragusa, J.** Before the Court is an application for admission *pro hac vice* by Katherine E. Mayo, Esq., an attorney admitted to the Bar of New Jersey and the United States District Court of New Jersey. Motion to Appear *Pro Hac Vice*, Dec. 3, 2013, ECF No. 118. The Court has reviewed the papers filed in support of the application, and has received payment of the $150.00 fee. In accordance with W.D.N.Y. L.R. Civ. P. 83.1, the application is granted.

IT IS SO ORDERED.

Dated:   December 11, 2013
           Rochester, New York

                        ENTER:    /s/ Charles J. Siragusa
                                         CHARLES J. SIRAGUSA
                                         UNITED STATES DISTRICT JUDGE