**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

JASON BAKER, et al.

        Plaintiff(s),

v.

ANSCHUTZ EXPLORATION CORPORATION, et al.,

        Defendant(s).

ORDER
11-CV-6119CJS

It appearing that Michael N. Mulvania meets the requirements of this Court for admission *pro hac vice*, and he is in good standing to practice in the State of Virginia and for other good cause shown, it is hereby

ORDERED that the motion for Michael N. Mulvania, Esq. of Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. located at 1615 M Street, N.W., Suite 400, Washington, DC 20036 to be admitted *pro hac vice* (Docket # 120) to represent the defendant is **granted**. SO ORDERED.

                        JONATHAN W. FELDMAN
                        United States Magistrate Judge

Dated: January 8, 2014
Rochester, New York