UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------- X
JASON BAKER, JOHN BREWSTER, JOANN
BREWSTER, MAXINE CONDON, KAREN
FARRELL, BROOKS LIDDIARD, JANET
LIDDIARD, JAMES MCDERMOTT, HEIDI
MCDERMOTT, PAUL MOREY, DONETTA
MOREY, JOE TODD, BONNIE TODD, TOM
WHIPPLE and PAULINE WHIPPLE,

       Case No. 11-CV-06119-CJS

    Plaintiffs,

  -against-

ANSCHUTZ EXPLORATION CORPORATION,
CONRAD GEOSCIENCE CORPORATION,
PATHFINDER ENERGY SERVICES, INC. and
JOHN and JANE DOES 1 through 100,

    Defendants.
------------------------------------- X

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between JASON BAKER, JOHN BREWSTER, JOANN BREWSTER, MAXINE CONDON, KAREN FARRELL, BROOKS LIDDIARD, JANET LIDDIARD, JAMES MCDERMOTT, HEIDI MCDERMOTT, PAUL MOREY, DONETTA MOREY, JOE TODD, BONNIE TODD, TOM WHIPPLE and PAULINE WHIPPLE (collectively, the "Plaintiffs"), on the one hand, and PATHFINDER ENERGY SERVICES LLC ("Pathfinder"), on the other hand, through their undersigned counsel, pursuant to Fed. R. Civ. Proc. 41(a)(2), as follows:

    1.    Plaintiffs hereby voluntarily dismiss with prejudice the above-captioned action as against Pathfinder, and all claims asserted in the above-captioned action by Plaintiffs against Pathfinder shall and hereby are discontinued and dismissed in their entirety with prejudice, because the parties have settled their differences;

2. Plaintiffs and Pathfinder shall each bear their own attorneys' fees and costs, and any other fees and costs; and

3. Facsimile signatures of this stipulation shall have the same force and effect as original signatures.

Dated: New York, New York
January 7, 2014

NAPOLI BERN RIPKA SHKOLNIK
& ASSOCIATES LLP

_____
Tate J. Kunkle, Esq.
350 Fifth Avenue
New York, NY 10018
(212) 267-3700

*Attorneys for Plaintiffs*

Dated: New York, New York
January 23, 2014

MORGAN, LEWIS & BOCKIUS LLP

_____
Marc J. Shanker, Esq.
101 Park Avenue
New York, N.Y. 10178
(212) 309-6000

*Attorneys for Defendant Pathfinder*

SO ORDERED:

Dated: January 31, 2014

_____
Hon. Charles J. Siragusa
U.S.D.J.